**Ronnie POOL et ux.**

v.

**FORD MOTOR COMPANY.**

No. C–5920.

Supreme Court of Texas.

May 4, 1988.

Joint motion of the parties filed herein on March 29, 1988 in this cause having been duly considered, it is ordered that the joint motion be, and hereby is granted.

Petitioners' application for writ of error having been previously granted on January 14, 1987, the judgments of the courts below are set aside and the cause is remanded to the trial court for entry of judgment in accordance with the settlement agreement of the parties, pursuant to Rule 59(a)(1)(A), Tex.R.App.P.

## ORDER

Be it remembered that relator's motion for leave to file petition for writ of mandamus was submitted to the supreme court and was granted. After consideration it is determined that respondent's order to produce covers some documents which are attorney-client privileged and therefore exempt from discovery under Tex.R.Civ.P. 166b(3)(e). Pursuant to Tex.R.App.P. 122, a majority of the court conditionally grants in part the requested writ of mandamus. Mandamus will issue only if respondent fails to modify his order so as to protect communications between relator's adjuster and its attorneys. All other relief requested by relator is denied. This order is promulgated pursuant to Tex.R.App.P. 181.

**NORTHWESTERN NATIONAL CASUALTY COMPANY, Relator,**

v.

**The Honorable Ed J. HARRIS, Judge, Respondent.**

No. C–7366.

Supreme Court of Texas.

May 11, 1988.

David M. Lacey, Gilpin, Pohl & Bennett, Barbara A. Clark, Gilpin, Pohl & Bennett, Houston, for relator.

Ronald L. Bair, Lorance & Thompson, Earl Austin, Baker & Botts, Houston, S. Reed Morgan, Cherry & Morgan, Webster, James H. Limmer, Tekell, Book, Matthews & Limmer, Houston, John Eckel, Finis Cowan, Mills, Shirley, McMicken & Eckel, Galveston, Timothy Tunks, Lorance & Thompson, Houston, for respondent.